COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        Ex parte Tiffany Marie Dunkle

Appellate case number:      01-23-00046-CR

Trial court case number:    0996707A

Trial court:                183rd District Court of Harris County

Appellant, Tiffany Marie Dunkle, has a filed a notice of appeal of the trial court's March 22, 2019 order denying her application for writ of habeas corpus. Although the clerk's record contains a signed, written order denying appellant's application for writ of habeas corpus, the clerk's record does not include a copy of the trial court's certification of appellant's right of appeal from the order denying her application for writ of habeas corpus. *See* TEX. R. APP. P. 25.2(a)(2), (d).

Accordingly, we abate the appeal and remand the case to the trial court for the trial court to execute a certification of appellant's right to appeal that complies with Texas Rule of Appellate Procedure 25.2(d) and indicates whether appellant has the right to appeal from the trial court's March 22, 2019 order denying her application for writ of habeas corpus. *See* TEX. R. APP. P. 25.2(a)(2), (d), 37.1. This Court must dismiss the appeal "if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d); *Ex parte Tarango*, 116 S.W.3d 201, 203 (Tex. App.—El Paso 2003, no pet.).

The trial court clerk is directed to file a supplemental clerk's record containing a certification of appellant's right of appeal from the order denying her application for writ of habeas corpus. The supplemental clerk's record shall be filed with this Court **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 34.5(c)(2).

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record is filed with the Clerk of this Court.

It is so ORDERED.

Judge's signature:        _____/s/ Julie Countiss_____
              ☑ Acting individually    ☐ Acting for the Court

Date: January 31, 2023